UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHANEL L. JOHNSON, | ) | NO. CV 08-03878-CT |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED: January 12, 2009

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE